IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **LIZETTE DIAZ,**<br>Plaintiff,<br><br>v.<br><br>**STATE FARM LLOYDS,**<br>Defendant. | § § § § § § § | **CASE NO. 7:23-cv-00243** |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Plaintiff LIZETTE DIAZ and Defendant STATE FARM LLOYDS ("Parties"), and file this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii),

1. Lizette Diaz is the Plaintiff and State Farm Lloyds is the Defendant.

2. Lizette Diaz and State Farm Lloyds move to dismiss all claims in this suit.

3. All parties agree to the dismissal.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

7. Neither party has previously dismissed any federal or state court action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice to re-filing.

9. All costs of court and attorney's fees will be borne by the party incurring same.

Respectfully submitted,

*/s/ Jose A. Chapa, Jr. (w/permission)*
Jose A. Chapa, Jr.
Texas Bar No. 24113688
jachapa@smu.edu
**JOSE A. CHAPA LAW FIRM, PLLC**
3116 Scenic Way
McAllen, Texas 78503
Telephone: (214) 629-0788
**Attorney for Plaintiff**

*/s/Elizabeth Sandoval Cantu*
Elizabeth Sandoval Cantu
State Bar No. 24013455 / 310028
ecantu@ramonworthington.com
Stephen W. Bosky
State Bar No. 24087190 / 3076205
sbosky@ramonworthington.com
Electronic Service to:
efile@ramonworthington.com
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 5, 2024, a true and correct copy of the foregoing document was served via e-service to the following:

Jose A. Chapa, Jr.
**JOSE A. CHAPA LAW FIRM, PLLC**
3116 Scenic Way
McAllen, Texas 78503
T: (214) 629-0788
jachapa@smu.edu
**ATTORNEY FOR PLAINTIFF**

                                          */s/ Elizabeth Sandoval Cantu*
                                          Elizabeth Sandoval Cantu